■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CLAUSSELL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered April 11, 1985, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant expressly waived his right to appeal as part of his plea bargain. Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.